# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. CV07-5193-DOC(FMOx) | | Date   October 14, 2008 |
| Title   ROBIN SANDERS, ET. AL., -V- OMG IV LIMITED, ET. AL., | | |

Present: The Honorable   **DAVID O. CARTER**

| Kristee Hopkins | NONE PRESENT | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

Proceedings:   (In Chambers)   ORDER TO SHOW CAUSE RE DISMISSAL RETURNABLE OCTOBER 28, 2008

    Counsel are hereby ordered to show cause in writing no later than **October 28, 2008**, why this case should not be dismissed for lack of prosecution. No oral argument of this matter will be heard unless ordered by the Court. The Order to Show Cause will stand submitted upon filing of response.

    Counsel is advised that the Court will consider the filing of:

> X      Plaintiff's filing of **request for entry of default as to defendants Leonard Bertucci and Marti, Helm & Bertucci Inc.**
>
> X      Plaintiff's filing of **default judgment or filing of a motion for entry of default judgment as to defendant Optical Products Development Corporation**

on or before the date upon which the response is due.

    The Clerk shall serve this minute order on counsel for all parties in this action.

                                                                  : 0

Initials of Preparer   kh